**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy

02/20

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Hicks**<br>First Name<br>**Gerald**<br>Middle Name<br>**Hosemann**<br>Last Name<br>**Jr**<br>Suffix (Sr., Jr., II, III) | **Crystal**<br>First Name<br>**Cassella**<br>Middle Name<br>**Hosemann**<br>Last Name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | **Hicks**<br>First Name<br>**Gerald**<br>Middle Name<br>**Hosemann**<br>Last Name<br><br>**Hicks**<br>First Name<br>**G**<br>Middle Name<br>**Hosemann**<br>Last Name<br><br>**Jerry**<br>First Name<br><br>Middle Name<br>**Hosemann**<br>Last Name | First Name<br><br>Middle Name<br><br>Last Name<br><br><br>First Name<br><br>Middle Name<br><br>Last Name<br><br><br>First Name<br><br>Middle Name<br><br>Last Name |

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                        Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**H.**
First Name                                              First Name
**Gerald**
Middle Name                                             Middle Name
**Hosemann**
Last Name                                               Last Name

**Crystal**
First Name                                              First Name
**Marie**
Middle Name                                             Middle Name
**Hosemann**
Last Name                                               Last Name

**3.  Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – __6__ __1__ __5__ __3__         xxx – xx – __3__ __9__ __6__ __7__

OR                                                      OR

9xx – xx – ____ ____ ____ ____            9xx – xx – ____ ____ ____ ____

**4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.        ☑ I have not used any business names or EINs.

_____          _____
Business name                                          Business name

_____          _____
Business name                                          Business name

_____          _____
Business name                                          Business name

___ ___ – ___ ___ ___ ___ ___ ___        ___ ___ – ___ ___ ___ ___ ___ ___
EIN                                                    EIN

___ ___ – ___ ___ ___ ___ ___ ___        ___ ___ – ___ ___ ___ ___ ___ ___
EIN                                                    EIN

**5.  Where you live**                                  **If Debtor 2 lives at a different address:**

**14006 Falcon Heights Blvd**
Number   Street                                        Number   Street

_____          _____

**Cypress              TX     77429**
City                    State   ZIP Code                City                    State   ZIP Code
**Harris**
County                                                 County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____          _____
Number   Street                                        Number   Street

_____          _____
P.O. Box                                               P.O. Box

_____          _____
City                    State   ZIP Code                City                    State   ZIP Code

Debtor 1   **Hicks Gerald Hosemann, Jr**

Debtor 2   **Crystal Cassella Hosemann** _____   Case number (if known) _____

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 6. | Why you are choosing this district to file for bankruptcy | *Check one:* | *Check one:* |

About Debtor 1: *Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

About Debtor 2 (Spouse Only in a Joint Case): *Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

## Part 2:   Tell the Court About Your Bankruptcy Case

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:*  (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.   How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.**  Please check with the clerk's office in your local court for more details about how you may pay.  Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order.  If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.**  If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived**  (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments.  If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | ___ MM / DD / YYYY | _____ |
| District _____ | When ___ MM / DD / YYYY | Case number _____ |
| District _____ | When ___ MM / DD / YYYY | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____   Relationship to you _____

| District | When | Case number, |
|---|---|---|
| _____ | ___ MM / DD / YYYY | if known |

Debtor _____   Relationship to you _____

| District | When | Case number, |
|---|---|---|
| _____ | ___ MM / DD / YYYY | if known |

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**        Case number (if known) _____

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

     ☐ No.   Go to line 12.

     ☐ Yes.   Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____    _____    _____
City                               State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                                    Case number (if known) _____

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? _____
                        Number        Street

                        _____

                        _____        _____    _____
                        City                              State     ZIP Code

| Debtor 1 | **Hicks Gerald Hosemann, Jr** | | |
|---|---|---|---|
| Debtor 2 | **Crystal Cassella Hosemann** | Case number (if known) | |

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                                    Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ No. Go to line 16b.
☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts. _____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Hicks Gerald Hosemann, Jr**                         X **/s/ Crystal Cassella Hosemann**
Hicks Gerald Hosemann, Jr, Debtor 1                          Crystal Cassella Hosemann, Debtor 2

Executed on **03/11/2020**                                   Executed on **03/11/2020**
MM / DD / YYYY                                               MM / DD / YYYY

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                                    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ J. Thomas Black**_____   Date **03/11/2020**
　　Signature of Attorney for Debtor　　　　　　　　　　　　MM / DD / YYYY

**J. Thomas Black**_____
Printed name

**J. Thomas Black, P.C.**_____
Firm Name

**2600 S. Gessner, Suite 110**_____
Number　　　　Street

_____

_____

**Houston**_____ **TX**　**77063**_____
City　　　　　　　　　　　　　　　　State　　ZIP Code

Contact phone  **(713) 772-8037**_____   Email address **tom@jthomasblack.com**_____

**02373400**_____ **TX**_____
Bar number　　　　　　　　　　　　　　State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Hicks**<br>First Name | **Gerald**<br>Middle Name | **Hosemann, Jr**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Crystal**<br>First Name | **Cassella**<br>Middle Name | **Hosemann**<br>Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1.**

**14006 Falcon Heights Blvd**
Street address, if available, or other description

**Cypress**    **TX**    **77429**
City        State  ZIP Code

**Harris**
County

14006 Falcon Heights Blvd, Cypress, TX 77429
LT 2 BLK 2 COLES CROSSING SEC 12 (Tax Value $434,806)

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $434,806.00 | $434,806.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☑ Check if this is community property
(see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................➔  **$434,806.00**

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                          Case number (if known) _____

| **Part 2:** | **Describe Your Vehicles** |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.

| Make: | **Nissan** |
| Model: | **Titan XD** |
| Year: | **2017** |
| Approximate mileage: | _____ |

Other information:
**2017 Nissan Titan XD**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$18,000.00**
Current value of the portion you own? **$18,000.00**

3.2.

| Make: | **Jeep** |
| Model: | **Wrangler Sahara** |
| Year: | **2013** |
| Approximate mileage: | _____ |

Other information:
**2013 Jeep Wrangler Sahara**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$19,353.00**
Current value of the portion you own? **$19,353.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................ ➔ **$37,353.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....  **See continuation page(s).**                          **$3,730.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe.....  **See continuation page(s).**                          **$770.00**

Debtor 1  **Hicks Gerald Hosemann, Jr**
Debtor 2  **Crystal Cassella Hosemann**          Case number (if known) _____

8.  **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe..... [                                    ]   _____

9.  **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe..... [ **See continuation page(s).** ]   **$900.00**

10.  **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe..... [ **See continuation page(s).** ]   **$175.00**

11.  **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..... [ **See continuation page(s).** ]   **$1,600.00**

12.  **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
gold, silver

☑ No
☐ Yes. Describe..... [                                    ]   _____

13.  **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe..... [ **Dog** ]   **$0.00**

14.  **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific
information............. [                                    ]   _____

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................** ➔   [ **$7,175.00** ]

---

**Part 4:**   **Describe Your Financial Assets**

---

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

16.  **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes...................................................................................................... Cash: ..........................   **$20.00**

Debtor 1    **Hicks Gerald Hosemann, Jr**

Debtor 2    **Crystal Cassella Hosemann**                          Case number (if known) _____

**17.  Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions,
brokerage houses, and other similar institutions.  If you have multiple accounts with the same
institution, list each.

☐ No

☑ Yes.............................    Institution name:

| | | | |
|---|---|---|---:|
| 17.1. | Checking account: | **Wells Fargo**<br>**Checking account #3888** | **$29.00** |
| 17.2. | Checking account: | **Regions**<br>**Checking account #5510**<br>***opened 2/2019** | **$853.53** |
| 17.3. | Other financial account: | **Vemo (2) accounts (zero)** | **$0.00** |
| 17.4. | Other financial account: | **Papal (zero)** | **$0.00** |
| 17.5. | Other financial account: | **Zelle (2) accounts (zero)** | **$0.00** |

**18.  Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

☑ Yes.............................    Institution or issuer name:

**Fidelity Stock**                                                                      **$86.21**

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including
an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes.  Give specific
information about
them..........................    Name of entity:                    % of ownership:

**Charismatic Advisory LLC; expired**
**Wells Fargo Business Checking #6338 $26.00**        **100%**        **$26.00**

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes.  Give specific
information about
them..........................    Issuer name:

**21.  Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☐ No

☑ Yes.  List each
account separately.    Type of account:        Institution name:

| | | |
|---|---|---:|
| Pension plan: | **Shell Provident Fund Pension plan** | **$0.00** |
| IRA: | **Fidelity IRA** | **$55.28** |
| IRA: | **Fidelity IRA** | **$376.40** |

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann** _____   Case number (if known) _____

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................   Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No
☑ Yes............................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**529 account for children** _____   **$400.00**

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them   _____   _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them   _____   _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes.  Give specific
information about them   **See continuation page(s).** _____   **$0.00**

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information
about them, including whether
you already filed the returns
and the tax years......................   Federal: _____
State: _____
Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information   Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                              Case number (if known) _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value................  Company name:              Beneficiary:              Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No
☐ Yes. Describe each claim........

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here...................................................................➔  | **$1,846.42** |

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☑ No
☐ Yes. Describe..

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**                              Case number (if known) _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..

41. **Inventory**

☑ No
☐ Yes.  Describe..

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes.  Describe....

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5.  Write that number here**..................................................................➔  | **$0.00** |

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

48. **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information................

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**        Case number (if known) _____

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No
    ☐ Yes.  Give specific
        information............... |_____| _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here**...................................................➔ | **$0.00** |

---

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here**...............................➔ | **$0.00** |

---

**Part 8:   List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2**...........................................................................➔ | **$434,806.00** |

56. **Part 2: Total vehicles, line 5**          **$37,353.00**

57. **Part 3: Total personal and household items, line 15**    **$7,175.00**

58. **Part 4: Total financial assets, line 36**        **$1,846.42**

59. **Part 5: Total business-related property, line 45**     **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**   **$0.00**

61. **Part 7: Total other property not listed, line 54**  +   **$0.00**

62. **Total personal property.**   Add lines 56 through 61................. | **$46,374.42** |    Copy personal property total  ➔  + | **$46,374.42** |

63. **Total of all property on Schedule A/B.**   Add line 55 + line 62............................................... | **$481,180.42** |

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**                                      Case number (if known) _____

**6.**   Household goods and furnishings (details):

| | |
|---|---|
| **Paintings** | **$200.00** |
| **Towels and Linens** | **$85.00** |
| **Toilette Articles** | **$35.00** |
| **Washer** | **$100.00** |
| **Dryer** | **$100.00** |
| **Freezer** | **$50.00** |
| **Garden Tools** | **$50.00** |
| **Hand Tools** | **$50.00** |
| **Electric Tools** | **$100.00** |
| **Refrigerator** | **$50.00** |
| **Bed** | **$100.00** |
| **Dresser** | **$50.00** |
| **Chest of Drawers** | **$75.00** |
| **Night Stand** | **$50.00** |
| **Lamp** | **$10.00** |
| **Bed** | **$150.00** |
| **Dresser** | **$50.00** |
| **Chest of Drawers** | **$50.00** |
| **Night Stand** | **$25.00** |
| **Lamp** | **$25.00** |
| **Bed** | **$150.00** |
| **Dresser** | **$200.00** |
| **Night Stand(2)** | **$50.00** |
| **Lamp(2)** | **$75.00** |
| **Stove** | **$200.00** |
| **Refrigerator** | **$150.00** |
| **Microwave Oven** | **$75.00** |
| **Dishwasher** | **$100.00** |
| **Trash Compactor** | **$75.00** |
| **Small Appliances** | **$150.00** |
| **Pots and Pans** | **$175.00** |
| **Dishes and Glassware** | **$200.00** |
| **Flatware** | **$25.00** |
| **Table and Chairs** | **$250.00** |

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                    Case number (if known) _____

| | |
|---|---:|
| **China Cabinet** | **$200.00** |
| **Buffet** | **$250.00** |

**7.   Electronics (details):**

| | |
|---|---:|
| **TV** | **$50.00** |
| **TV** | **$50.00** |
| **TV** | **$100.00** |
| **TV** | **$200.00** |
| **VCR** | **$10.00** |
| **Stereo** | **$100.00** |
| **DVD Player** | **$10.00** |
| **Ipad** | **$100.00** |
| **Cell Phone(2)** | **$150.00** |

**9.   Equipment for sports and hobbies (details):**

| | |
|---|---:|
| **Pool Table** | **$800.00** |
| **Bike** | **$50.00** |
| **Golf Clubs** | **$50.00** |

**10.   Firearms (details):**

| | |
|---|---:|
| **Hand Gun** | **$75.00** |
| **12 Guage** | **$100.00** |

**11.   Clothes (details):**

| | |
|---|---:|
| **Debtor's Clothing, Shoes and Accessories** | **$250.00** |
| **Joint Debtor's Clothing, Shoes and Accessories** | **$250.00** |
| **Debtor's Watch** | **$100.00** |
| **Joint Debtor's Ring** | **$500.00** |
| **Costume Jewelry** | **$500.00** |

**27.   Licenses, franchises, and other general intangibles (details):**

| | |
|---|---:|
| **Real Estate License** | **$0.00** |
| **Series 3 License** | **$0.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Hicks** | **Gerald** | **Hosemann, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Crystal** | **Cassella** | **Hosemann** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**  *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**14006 Falcon Heights Blvd, Cypress, TX 77429**<br>**LT 2 BLK 2 COLES CROSSING SEC 12 (Tax Value $434,806)**<br>Line from *Schedule A/B*: __1.1__ | **$434,806.00** | ☑ **$77,179.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2017 Nissan Titan XD**<br><br>Line from *Schedule A/B*: __3.1__ | **$18,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**

Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2013 Jeep Wrangler Sahara** <br><br> Line from *Schedule A/B*: __3.2__ | **$19,353.00** | ☑ **$7,242.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **Paintings** <br><br> Line from *Schedule A/B*: __6__ | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Towels and Linens** <br><br> Line from *Schedule A/B*: __6__ | **$85.00** | ☑ **$85.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Toilette Articles** <br><br> Line from *Schedule A/B*: __6__ | **$35.00** | ☑ **$35.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Washer** <br><br> Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dryer** <br><br> Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Freezer** <br><br> Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Garden Tools** <br><br> Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Hand Tools** <br><br> Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Electric Tools**<br><br>Line from *Schedule A/B*: __**6**__ | $100.00 | ☑   $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Refrigerator**<br><br>Line from *Schedule A/B*: __**6**__ | $50.00 | ☑   $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Bed**<br><br>Line from *Schedule A/B*: __**6**__ | $100.00 | ☑   $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dresser**<br><br>Line from *Schedule A/B*: __**6**__ | $50.00 | ☑   $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Chest of Drawers**<br><br>Line from *Schedule A/B*: __**6**__ | $75.00 | ☑   $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Night Stand**<br><br>Line from *Schedule A/B*: __**6**__ | $50.00 | ☑   $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Lamp**<br><br>Line from *Schedule A/B*: __**6**__ | $10.00 | ☑   $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Bed**<br><br>Line from *Schedule A/B*: __**6**__ | $150.00 | ☑   $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dresser**<br><br>Line from *Schedule A/B*: __**6**__ | $50.00 | ☑   $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**

Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Chest of Drawers** <br> Line from *Schedule A/B*: **6** | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Night Stand** <br> Line from *Schedule A/B*: **6** | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Lamp** <br> Line from *Schedule A/B*: **6** | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Bed** <br> Line from *Schedule A/B*: **6** | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dresser** <br> Line from *Schedule A/B*: **6** | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Night Stand(2)** <br> Line from *Schedule A/B*: **6** | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Lamp(2)** <br> Line from *Schedule A/B*: **6** | $75.00 | ☑ $75.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Stove** <br> Line from *Schedule A/B*: **6** | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Refrigerator** <br> Line from *Schedule A/B*: **6** | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Microwave Oven** <br><br> Line from *Schedule A/B*: **6** | $75.00 | ☑ $75.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dishwasher** <br><br> Line from *Schedule A/B*: **6** | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Trash Compactor** <br><br> Line from *Schedule A/B*: **6** | $75.00 | ☑ $75.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Small Appliances** <br><br> Line from *Schedule A/B*: **6** | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Pots and Pans** <br><br> Line from *Schedule A/B*: **6** | $175.00 | ☑ $175.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dishes and Glassware** <br><br> Line from *Schedule A/B*: **6** | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Flatware** <br><br> Line from *Schedule A/B*: **6** | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Table and Chairs** <br><br> Line from *Schedule A/B*: **6** | $250.00 | ☑ $250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **China Cabinet** <br><br> Line from *Schedule A/B*: **6** | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1     **Hicks Gerald Hosemann, Jr**
Debtor 2     **Crystal Cassella Hosemann**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Buffet**<br><br>Line from *Schedule A/B*: __6__ | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**TV**<br><br>Line from *Schedule A/B*: __7__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**TV**<br><br>Line from *Schedule A/B*: __7__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**TV**<br><br>Line from *Schedule A/B*: __7__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**TV**<br><br>Line from *Schedule A/B*: __7__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**VCR**<br><br>Line from *Schedule A/B*: __7__ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Stereo**<br><br>Line from *Schedule A/B*: __7__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**DVD Player**<br><br>Line from *Schedule A/B*: __7__ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Ipad**<br><br>Line from *Schedule A/B*: __7__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Cell Phone(2)** <br><br> Line from *Schedule A/B*: __7__ | **$150.00** | ☑ **$150.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Pool Table** <br><br> Line from *Schedule A/B*: __9__ | **$800.00** | ☑ **$800.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Bike** <br><br> Line from *Schedule A/B*: __9__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Golf Clubs** <br><br> Line from *Schedule A/B*: __9__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Hand Gun** <br><br> Line from *Schedule A/B*: __10__ | **$75.00** | ☑ **$75.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **12 Guage** <br><br> Line from *Schedule A/B*: __10__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Debtor's Clothing, Shoes and Accessories** <br><br> Line from *Schedule A/B*: __11__ | **$250.00** | ☑ **$250.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Joint Debtor's Clothing, Shoes and Accessories** <br><br> Line from *Schedule A/B*: __11__ | **$250.00** | ☑ **$250.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Debtor's Watch** <br><br> Line from *Schedule A/B*: __11__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                            Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Joint Debtor's Ring** Line from *Schedule A/B*: __11__ | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Costume Jewelry** Line from *Schedule A/B*: __11__ | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Dog** Line from *Schedule A/B*: __13__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description: **Fidelity IRA** Line from *Schedule A/B*: __21__ | $55.28 | ☑ $55.28 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description: **Shell Provident Fund Pension plan** Line from *Schedule A/B*: __21__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description: **Fidelity IRA** Line from *Schedule A/B*: __21__ | $376.40 | ☑ $376.40 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description: **529 account for children** Line from *Schedule A/B*: __24__ | $400.00 | ☑ $400.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 541(b)(5)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Hicks** | **Gerald** | **Hosemann, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Crystal** | **Cassella** | **Hosemann** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)  _____

☐ Check if this is an
   amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form.
On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐  No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.

   ☑  Yes.  Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

2. **List all secured claims.**  If a creditor has more than one secured
   claim, list the creditor separately for each claim.  If more than one
   creditor has a particular claim, list the other creditors in Part 2.  As
   much as possible, list the claims in alphabetical order according to the
   creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

| 2.1 | Describe the property that secures the claim: | **$21,309.00** | **$18,000.00** | **$3,309.00** |

**Ally Financial**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**PO Box 380901**
_____

**Describe the property that
secures the claim:**

**2017 Nissan Titan XD**

| **Bloomington** | **MN** | **55438** |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates
   to a community debt**

**Nature of lien.**  Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Automobile**

**Date debt was incurred**  __01/2018__     **Last 4 digits of account number**  __6__ __8__ __6__ __8__

**Add the dollar value of your entries in Column A on this page.  Write
that number here:**

| $21,309.00 |
|---|

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**

Case number (if known) _____

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |

---

**2.2**

**AmeriCredit/GM Financial**
Creditor's name
**Attn: Bankruptcy**
Number   Street
**PO Box 183853**

_____

**Arlington        TX    76096**
City                     State    ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    **07/2016**

**Describe the property that secures the claim:**            **$12,111.00**      **$19,353.00**

**2013 Jeep Wrangler Sahara**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Automobile**

Last 4 digits of account number    **2    2    7    9**

---

**2.3**

**Bank of America**
Creditor's name
**Attn: Bankruptcy**
Number   Street
**4909 Savarese Circle**

_____

**Tampa          FL    33634**
City                     State    ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    **01/2016**

**Describe the property that secures the claim:**            **$357,627.00**      **$434,806.00**

**14006 Falcon Heights Blvd, Cypress, TX  77429**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Conventional Real Estate Mortgage**

Last 4 digits of account number    **8    1    7    0**

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**          **$369,738.00**

Debtor 1  **Hicks Gerald Hosemann, Jr**
Debtor 2  **Crystal Cassella Hosemann**

Case number (if known) _____

| **Part 1:** | **Additional Page** | **Column A** | **Column B** | **Column C** |
|---|---|---|---|---|
| | After listing any entries on this page, number them sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.4 |
|---|

**BP Federal Credit Union**
Creditor's name
**580 Westlake Park Blvd, Ste. 150**
Number     Street

Describe the property that secures the claim:

**14006 Falcon Heights Blvd, Cypress, TX  77429**

$29,377.88          $434,806.00

_____

**Houston        TX    77079**
City                 State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Abstract Judgment**

**Date debt was incurred**   11/24/2015   **Last 4 digits of account number**     0   5   0   0

Add the dollar value of your entries in Column A on this page.  Write that number here:

$29,377.88

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:

$420,424.88

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 3

Debtor 1  **Hicks Gerald Hosemann, Jr**
Debtor 2  **Crystal Cassella Hosemann**

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**

**Ally Automotive Financing**
Name
**PO Box 380901**
Number        Street

**Bloomington**                    **MN**    **55438**
City                                        State   ZIP Code

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number   ___  ___  ___  ___

**2**

**Americredit Financial Services**
Name
**PO Box 183583**
Number        Street

**Arlington**                       **TX**    **76096**
City                                        State   ZIP Code

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number   ___  ___  ___  ___

**3**

**Bank of America Mortgage**
Name
**475 Crosspoint Parkway**
Number        Street

**Getzville**                       **NY**    **14068**
City                                        State   ZIP Code

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number   ___  ___  ___  ___

**4**

**Blalack & Williams, P.C.**
Name
**4851 LBJ Freeway, Ste. 750**
Number        Street

**Dallas**                          **TX**    **75244**
City                                        State   ZIP Code

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number   ___  ___  ___  ___

**5**

**BP Federal Credit Union**
Name
**PO Box 941749**
Number        Street

**Houston**                         **TX**    **77094-8749**
City                                        State   ZIP Code

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number   ___  ___  ___  ___

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt That You Already Listed -- Continuation Page |
|---|---|

6    **GM Financial**
Name
**PO Box 1630**
Number        Street

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number    ___ ___ ___ ___

**Fort Worth**          **TX**    **76101-1630**
City          State    ZIP Code

Official Form 106D        **Part 2 of Schedule D: Creditors Who Have Claims Secured by Property**        page 5

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Hicks** | **Gerald** | **Hosemann, Jr** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Crystal** | **Cassella** | **Hosemann** |
| --- | --- | --- | --- |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- | --- |
| **2.1** | | $27,219.36 | $0.00 | $27,219.36 |

| | |
| --- | --- |
| **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ |
| Priority Creditor's Name | |
| **Centralized Insolvency Operations** | When was the debt incurred? _____ |
| Number        Street | |
| **PO Box 7346** | As of the date you file, the claim is: Check all that apply. |
| | ☐ Contingent |
| **Philadelphia**        **PA**    **19101-7346** | ☐ Unliquidated |
| City                  State    ZIP Code | ☐ Disputed |
| **Who incurred the debt?**   Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☑ Taxes and certain other debts you owe the government |
| ☑ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another | intoxicated |
| ☑ **Check if this claim is for a community debt** | ☐ Other. Specify _____ |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                              Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐   No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑   Yes

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

| | **Total claim** |
|---|---|

| 4.1 | | **$75.00** |

**AmSher Collection Services**
Nonpriority Creditor's Name
**4524 Southlake Parkway**
Number          Street
**Suite 15**

**Birmingham        AL    35244**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☐   Debtor 1 only
☐   Debtor 2 only
☑   Debtor 1 and Debtor 2 only
☐   At least one of the debtors and another
☑   **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑   No
☐   Yes

**AMERICAN FAMILY CARE/BHAM**

**Last 4 digits of account number**     0   9   3   3
**When was the debt incurred?**     04/2016

**As of the date you file, the claim is:**  Check all that apply.
☐   Contingent
☐   Unliquidated
☑   Disputed

**Type of NONPRIORITY unsecured claim:**
☐   Student loans
☐   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐   Debts to pension or profit-sharing plans, and other similar debts
☑   Other.  Specify
     **Collection Attorney**

| 4.2 | | **$750.00** |

**ARstrat**
Nonpriority Creditor's Name
**PO Box 4332 MS #800**
Number          Street

**Houston             TX    77210-4332**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☐   Debtor 1 only
☐   Debtor 2 only
☑   Debtor 1 and Debtor 2 only
☐   At least one of the debtors and another
☑   **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑   No
☐   Yes

**HOUSTON METHODIST WILLOWBROOK**

**Last 4 digits of account number**     9   0   4   9
**When was the debt incurred?**

**As of the date you file, the claim is:**  Check all that apply.
☐   Contingent
☐   Unliquidated
☑   Disputed

**Type of NONPRIORITY unsecured claim:**
☐   Student loans
☐   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐   Debts to pension or profit-sharing plans, and other similar debts
☑   Other.  Specify
     **Collection Account**

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.3 | | $1,500.00 |

**ARstrat**
Nonpriority Creditor's Name
**PO Bo790113**
Number       Street

_____

| **Saint Louis** | **MO** | **63179-0113** |
City | State | ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**METHODIST**

**Last 4 digits of account number**    9   0   4   9

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Account**

| 4.4 | | $265.86 |

**AT&T**
Nonpriority Creditor's Name
**PO Box 537104**
Number       Street

_____

| **Atlanta** | **GA** | **30353-7104** |
City | State | ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    3   4   1   5

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Telephone Services**

| 4.5 | | $31,414.71 |

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number       Street
**PO Box 15298**

_____

| **Wilmington** | **DE** | **19850** |
City | State | ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    8   3   8   2

**When was the debt incurred?**    09/2007

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

---

**4.6**                                                                     **$8,428.00**

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number       Street
**PO Box 15298**


**Wilmington**             **DE**    **19850**
City                      State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **4   5   4   9**
**When was the debt incurred?**       **09/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

---

**4.7**                                                                     **$3,000.00**

**Citibank/Best Buy**
Nonpriority Creditor's Name
**Citicorp Credit Srvs/Centralized Bk dept**
Number       Street
**PO Box 790034**


**St Louis**               **MO**    **63179**
City                      State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0   8   2   8**
**When was the debt incurred?**       **06/17/2012**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Charge Account**

---

**4.8**                                                                     **$532.00**

**Convergent Outsourcing, Inc.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number       Street
**PO Box 9004**


**Renton**               **WA**    **98057**
City                      State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**RELIANT ENERGY**

**Last 4 digits of account number**   **7   7   2   6**
**When was the debt incurred?**       **06/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Attorney**

---

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.9**                                                                                    **$29,165.00**

**Cornerstone/American Education Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 2461**

**Harrisburg**              **PA      17105**
City                       State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   0   0   0   1
**When was the debt incurred?**       09/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

---

**4.10**                                                                                   **$1,045.00**

**Credit One Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
Number      Street
**PO Box 98873**

**Las Vegas**              **NV      89193**
City                       State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   9   1   0   0
**When was the debt incurred?**       08/2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

---

**4.11**                                                                                   **$0.00**

**Dish Network**
Nonpriority Creditor's Name
**PO Box 33577**
Number      Street

**Northglenn**             **CO      80233**
City                       State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   6   0   7   6
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Satellite Services**

---

Debtor 1 **Hicks Gerald Hosemann, Jr**

Debtor 2 **Crystal Cassella Hosemann**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.12

**$290.00**

**Dura Medic**
Nonpriority Creditor's Name
**PO Box 677103**
Number        Street

_____

_____

**Dallas**              **TX**   **75267-7102**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __2_ __9_ __3_ __3_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical Services**

---

### 4.13

**$281.98**

**Harris & Harris LTD.**
Nonpriority Creditor's Name
**111 W. Jackson Blvd., Suite 400**
Number        Street

_____

_____

**Chicago**              **IL**   **60604-4135**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**TEXAS CHILDREN**

**Last 4 digits of account number** __7_ __6_ __0_ __2_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collection Account**

---

### 4.14

**$1,358.71**

**Harris & Harris LTD.**
Nonpriority Creditor's Name
**111 W. Jackson Blvd., Suite 400**
Number        Street

_____

_____

**Chicago**              **IL**   **60604-4135**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**TEXAS CHILDREN HOSPITAL**

**Last 4 digits of account number** __0_ __3_ __6_ __2_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collection Account**

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.15 | | $1,728.00 |

**Harvest Associates I**
Nonpriority Creditor's Name
**821 Crossbridge Drive**
Number        Street

_____

| **Spring**           | **TX** | **77373** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   6   5   3   8
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Medical Debt**

| 4.16 | | $1,783.90 |

**Houston Methodist**
Nonpriority Creditor's Name
**PO Box 3475**
Number        Street

_____

| **Toledo**           | **OH** | **43607-0475** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   2   5   8   3
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Medical Services**

| 4.17 | | $1,500.00 |

**Houston Methodist**
Nonpriority Creditor's Name
**PO Box 3475**
Number        Street

_____

| **Toledo**           | **OH** | **43607-0475** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   2   5   8   3
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Medical Services**

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                                    Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.18**                                                                                          **$83,301.47**

**Internal Revenue Service**
Nonpriority Creditor's Name
**Centralized Insolvency Operations**
Number   Street
**PO Box 7346**

**Philadelphia          PA      19101-7346**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __  __  __  __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Taxes for2015**

---

**4.19**                                                                                          **$6,699.00**

**Nordstrom FSB**
Nonpriority Creditor's Name
**ATTN: Bankruptcy**
Number   Street
**PO Box 6555**

**Englewood          CO      80155**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **7   3   3   6**
**When was the debt incurred?**   **11/2005**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

---

**4.20**                                                                                          **$115.00**

**RCMH, LLC**
Nonpriority Creditor's Name
**PO Box 14099**
Number   Street

**Belfast          ME      04915**
City              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1   5   2   9**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical Services**

---

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**                                   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.21**                                                                    **$3,020.00**

**Richie Hankamer**                   Last 4 digits of account number   __ __ __ __
Nonpriority Creditor's Name
**3613 Plum St**                      **When was the debt incurred?**
Number       Street

_____           **As of the date you file, the claim is:** Check all that apply.
_____           ☐ Contingent
                                       ☐ Unliquidated
**Houston            TX    77003**     ☐ Disputed
City                 State  ZIP Code
**Who incurred the debt?** Check one.  **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                        ☐ Student loans
☐ Debtor 2 only                        ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                       ☑ Other.  Specify
☑ **Check if this claim is for a community debt**    **Loan**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.22**                                                                    **$3,427.71**

**Sears**                             Last 4 digits of account number   **5  4  3  9**
Nonpriority Creditor's Name
**PO Box 6283**                       **When was the debt incurred?**
Number       Street

_____           **As of the date you file, the claim is:** Check all that apply.
_____           ☐ Contingent
                                       ☐ Unliquidated
**Sioux Falls        SD    57117-6283** ☐ Disputed
City                 State  ZIP Code
**Who incurred the debt?** Check one.  **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                        ☐ Student loans
☐ Debtor 2 only                        ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                       ☑ Other.  Specify
☑ **Check if this claim is for a community debt**    **Credit Card**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.23**                                                                    **$3,523.00**

**Sears/cbna**                        Last 4 digits of account number   **5  4  3  9**
Nonpriority Creditor's Name
                                      **When was the debt incurred?**   **10/2002**
Number       Street

_____           **As of the date you file, the claim is:** Check all that apply.
_____           ☐ Contingent
                                       ☐ Unliquidated
City                 State  ZIP Code   ☐ Disputed
**Who incurred the debt?** Check one.  **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                        ☐ Student loans
☐ Debtor 2 only                        ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                       ☑ Other.  Specify
☑ **Check if this claim is for a community debt**    **Charge Account**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Hicks Gerald Hosemann, Jr**
Debtor 2  **Crystal Cassella Hosemann**                                  Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.                                                                                    **Total claim**

**4.24**                                                                                           $13,485.79

**Shannon Hosemann**                        Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**10818 Camon Mist Dr**                      When was the debt incurred?
Number        Street
                                             As of the date you file, the claim is: Check all that apply.
_____              ☐ Contingent
_____              ☐ Unliquidated
                                             ☐ Disputed
**Houston**              **TX**   **77075**
City                    State  ZIP Code      Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**  Check one.
☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                   that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ☑ Other.  Specify
☑ **Check if this claim is for a community debt**     **Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.25**                                                                                           $52.00

**Specialized Collection Systems, Inc.**     Last 4 digits of account number   3   0   2   3
Nonpriority Creditor's Name
**P. O. Box 441508**                         When was the debt incurred?
Number        Street
                                             As of the date you file, the claim is: Check all that apply.
_____              ☐ Contingent
_____              ☐ Unliquidated
                                             ☑ Disputed
**Houston**              **TX**   **77244-1508**
City                    State  ZIP Code      Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**  Check one.
☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                   that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ☑ Other.  Specify
☑ **Check if this claim is for a community debt**     **Collection Account**

**Is the claim subject to offset?**
☑ No
☐ Yes

**HOUSTON RADIOLOGY ASSOC**

**4.26**                                                                                           $3,409.00

**Synchrony Bank/Gap**                       Last 4 digits of account number   2   1   1   3
Nonpriority Creditor's Name
**Attn: Bankruptcy**                         When was the debt incurred?   **05/2001**
Number        Street
**PO Box 965060**                            As of the date you file, the claim is: Check all that apply.
_____              ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed
**Orlando**              **FL**   **32896**
City                    State  ZIP Code      Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**  Check one.
☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                   that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ☑ Other.  Specify
☑ **Check if this claim is for a community debt**     **Charge Account**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Hicks Gerald Hosemann, Jr**
Debtor 2  **Crystal Cassella Hosemann**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.27**                                                                        **$201.59**

**Texas Children's Physician Services Org**
Nonpriority Creditor's Name
**PO Box 4984**
Number          Street

_____

**Houston**                    **TX    77210**
City                          State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **7   6   4   2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Services**

**4.28**                                                                        **$258.04**

**Texas Children's Urgent Care**
Nonpriority Creditor's Name
**PO Box 847116**
Number          Street

_____

**Dallas**                     **TX    75284**
City                          State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **6   1   5   8**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Services**

**4.29**                                                                        **$25.00**

**Transworld Systems, Inc.**
Nonpriority Creditor's Name
**500 Virginia Dr, Ste. 514**
Number          Street

_____

**Fort Washington**            **PA    19034**
City                          State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**TAKE CARE HEALTH SYSTEM**

**Last 4 digits of account number**   **4   1   5   0**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Account**

Debtor 1  **Hicks Gerald Hosemann, Jr**
Debtor 2  **Crystal Cassella Hosemann**                          Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.30 | | $9,596.67 |

**Volkswagen Credit, Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 3**
_____

**Hillboro**               **OR**    **97123**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **6**  **9**  **6**  **5**
**When was the debt incurred?**   **03/30/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Broken Lease**

---

| 4.31 | | $31.80 |

**Walgreens Healthcare Clinic**
Nonpriority Creditor's Name
**16211 Spring Cypress Rd**
Number      Street
_____

**Cypress**               **TX**    **77429**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   ___  ___  ___  ___
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Medical Services**

---

| 4.32 | | $21,538.00 |

**Wells Fargo Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number      Street
**PO Box 6429**
_____

**Greenville**               **SC**    **29606**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **5**  **6**  **3**  **9**
**When was the debt incurred?**   **01/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Judgment**

**Case No. 201879788**

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the          | **Total claim** |
previous page.

| 4.33 |                                                                              | **$13,710.00** |

**Wells Fargo Bank**
Nonpriority Creditor's Name
**MAC F823F-02F**
Number     Street
**PO Box 10438**

**Des Moines          IA     50306**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    3   2   6   3

**When was the debt incurred?**    07/2012

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

| 4.34 |                                                                              | **$609.00** |

**Wells Fargo Bank**
Nonpriority Creditor's Name
**Overdraft Recovery Payment Pro. Dept**
Number     Street
**P.O. Box 63491**

**San Francisco        CA     94163**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    ___  ___  ___  ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Overdrafted Account/Bad Check**

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                                    Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
     For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
     creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
     debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
     any debts in Parts 1 or 2, do not fill out or submit this page.

**Dish Network**                                                On which entry in Part 1 or Part 2 did you list the original creditor?
Name
**PO Box 7203**                                                 Line  **4.11**  of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
Number      Street                                                                                   ☒ Part 2: Creditors with Nonpriority Unsecured Claims

_____                                 Last 4 digits of account number    ___ ___ ___ ___
**Pasadena**              **CA**   **91109-7303**
City                      State   ZIP Code

**Nationwide Credit, Inc.**                                     On which entry in Part 1 or Part 2 did you list the original creditor?
Name
**P.O. Box 14581**                                              Line  **4.5**  of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
Number      Street                                                                                  ☒ Part 2: Creditors with Nonpriority Unsecured Claims

_____                                 Last 4 digits of account number    ___ ___ ___ ___
**Des Moines**            **IA**   **50306-3581**
City                      State   ZIP Code

**Vincent Serafino Geary Waddell Jenevein**                     On which entry in Part 1 or Part 2 did you list the original creditor?
Name
**1601 Elm St, Ste. 4100**                                      Line  **4.32**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
Number      Street                                                                                  ☒ Part 2: Creditors with Nonpriority Unsecured Claims

_____                                 Last 4 digits of account number    ___ ___ ___ ___
**Dallas**                **TX**   **75201**
City                      State   ZIP Code

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                              Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.   Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
      28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  | | Total claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$27,219.36** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | **$27,219.36** |

|  |  | | Total claim |
|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | **$29,165.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | **$216,956.23** |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | **$246,121.23** |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Hicks** | **Gerald** | **Hosemann, Jr** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Crystal** | **Cassella** | **Hosemann** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

    ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease** | | **State what the contract or lease is for** |
|---|---|---|---|
| 2.1 | **Volkswagen Credit, Inc** | | **2019 Audi Q8** |
| | Name | | **Contract to be REJECTED** |
| | **Attn: Bankruptcy** | | |
| | Number      Street | | |
| | **PO Box 3** | | |
| | **Hillboro** | **OR**      **97123** | |
| | City | State      ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Hicks** | **Gerald** | **Hosemann, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Crystal** | **Cassella** | **Hosemann** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No.  Go to line 3.
   ☒ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
   　　☐ No
   　　☒ Yes

   In which community state or territory did you live?　**Texas**　Fill in the name and current address of that person.

   **Crystal Cassella Hosemann**
   Name of your spouse, former spouse, or legal equivalent
   **14006 Falcon Heights Blvd**
   Number　Street

   | **CYPRESS** | **TX** | **77429** |
   |---|---|---|
   | City | State | ZIP Code |

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  **Your codebtor**                    *Column 2:*  **The creditor to whom you owe the debt**

                                                          Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Hicks** | **Gerald** | **Hosemann, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Crystal** | **Cassella** | **Hosemann** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1.   Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | Trader/Broker | Real Estate Agent |
| **Employer's name** | Ulysses Commodities | Urban Living |
| **Employer's address** | 3311 Richmond Ave | 5023 Washington Ave |
| | Number  Street | Number  Street |
| | Houston, TX 77098 | |
| | (contract) | |
| | City          State   Zip Code | Cypress          TX   77429 |
| | | City          State   Zip Code |
| **How long employed there?** | 5 Months | 12/2019 |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $3,333.34 |
| **3.** | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $3,333.34 |

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**

Case number (if known)

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................... ➔ | 4. | $0.00 | $3,333.34 |
| **5.** **List all payroll deductions:** | | | |
| **5a.** Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $307.00 |
| **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| **5c.** Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| **5e.** Insurance | 5e. | $0.00 | $0.00 |
| **5f.** Domestic support obligations | 5f. | $0.00 | $0.00 |
| **5g.** Union dues | 5g. | $0.00 | $0.00 |
| **5h.** Other deductions. Specify: _____ | 5h.**+** | $0.00 | $0.00 |
| **6.** **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $307.00 |
| **7.** **Calculate total monthly take-home pay.**   Subtract line 6 from line 4. | 7. | $0.00 | $3,026.34 |
| **8.** **List all other income regularly received:** | | | |
| **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | $4,779.01 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| **8b.** Interest and dividends | 8b. | $0.00 | $0.00 |
| **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| **8d.** Unemployment compensation | 8d. | $0.00 | $0.00 |
| **8e.** Social Security | 8e. | $0.00 | $0.00 |
| **8f.** Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| **8g.** Pension or retirement income | 8g. | $0.00 | $0.00 |
| **8h.** Other monthly income. Specify: _____ | 8h.**+** | $0.00 | $0.00 |
| **9.** **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $4,779.01 | $0.00 |
| **10.** **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $4,779.01  **+**  $3,026.34  **=**  $7,805.35 | |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  **+**    $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12.    $7,805.35

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain:    | Debtor is activity looking for employment. |

Debtor 1   **Hicks Gerald Hosemann, Jr**

Debtor 2   **Crystal Cassella Hosemann**                                     Case number (if known) _____

1.   **Additional Employers**   <u>Debtor 1</u>                                    <u>Debtor 2 or non-filing spouse</u>

**Occupation**          **Crude Oil Director**

**Employer's name**     **Infinity Hydrocarbons**

**Employer's address**  **11757 Katy Freeway**

| **Houston** | **TX** | **77079** | | | |
|---|---|---|---|---|---|
| City | State | Zip Code | City | State | Zip Code |

**How long employed there?**   **10 Months**

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**

Case number (if known) _____

8a. Attached Statement (Debtor 1)

## Business Income

**Gross Monthly Income:**                                          **$6,500.00**

| Expense | Category | Amount |
|---|---|---|
| Taxes | Taxes | **$1,000.00** |
| Gasoline | Expense | **$324.83** |
| Insurance | Expense | **$120.00** |
| Telephone | Utilities | **$120.00** |
| Supplies | Expense | **$26.63** |
| Dry Cleaning | Expense | **$51.53** |
| Repairs | Expense | **$58.00** |
| Contract Labor | Contract Labor | **$20.00** |

**Total Monthly Expenses**                                           **$1,720.99**

**Net Monthly Income:**                                            **$4,779.01**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Hicks**<br>First Name | **Gerald**<br>Middle Name | **Hosemann, Jr**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Crystal**<br>First Name | **Cassella**<br>Middle Name | **Hosemann**<br>Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number<br>(if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 expenses as of the
following date:
_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Your Household

**1.    Is this a joint case?**

☐ No. Go to line 2.

☑ Yes. **Does Debtor 2 live in a separate household?**

☑ No

☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.    Do you have dependents?**

Do not list Debtor 1 and
Debtor 2.

Do not state the dependents'
names.

☐ No

☑ Yes. Fill out this information
for each dependent......................

| Dependent's relationship to<br>Debtor 1 or Debtor 2 | Dependent's<br>age | Does dependent<br>live with you? |
|---|---|---|
| Child | 19 | ☐ No ☑ Yes |
| Child | 13 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

**3.    Do your expenses include
expenses of people other than
yourself and your dependents?**

☑ No
☐ Yes

### Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| **4.    The rental or home ownership expenses for your residence.**<br>Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,945.00**<br>(Mortgage) |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. | |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | **$100.00** |
| 4d.   Homeowner's association or condominium dues | 4d. | **$75.00** |

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                                 Case number (if known) _____

Your expenses

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | **(See continuation sheet(s) for details)** 6a. | $291.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $82.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | **(See continuation sheet(s) for details)** 6c. | $524.83 |
| | 6d.  Other. Specify: _____ | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | $800.00 |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $40.00 |
| 10. | **Personal care products and services** | 10. | |
| 11. | **Medical and dental expenses** | **(See continuation sheet(s) for details)** 11. | $300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | **(See continuation sheet(s) for details)** 12. | $300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $170.00 |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | |
| | 15b.  Health insurance | 15b. | |
| | 15c.  Vehicle insurance | 15c. | $194.00 |
| | 15d.  Other insurance. Specify: _____ | 15d. | |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: _____ | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | |
| | 17b.  Car payments for Vehicle 2  **2013 Jeep Wrangler Sahara** | 17b. | $609.07 |
| | 17c.  Other. Specify: _____ | 17c. | |
| | 17d.  Other. Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** | 19. | |
| | Specify: _____ | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.  Mortgages on other property | 20a. | |
| | 20b.  Real estate taxes | 20b. | |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e.  Homeowner's association or condominium dues | 20e. | |

Debtor 1   **Hicks Gerald Hosemann, Jr**

Debtor 2   **Crystal Cassella Hosemann**       Case number (if known) _____

**21.** **Other.** Specify: **See continuation sheet**       21. **+**     **$825.00**

**22.** **Calculate your monthly expenses.**

22a. Add lines 4 through 21.             22a.     **$7,255.90**

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.      22b. _____

22c. Add line 22a and 22b.  The result is your monthly expenses.      22c.     **$7,255.90**

**23.** **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I.      23a.     **$7,805.35**

23b. Copy your monthly expenses from line 22c above.      23b. **–**     **$7,255.90**

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.      23c.     **$549.45**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.    Explain here:
      **Joint debtor will have insurance deduction from her check within the month that will cost her an estimated
$1,200 a month. Debtor will need to purchase a vehicle to replace the car he is surrendering**

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**

Case number (if known) _____

| | | |
|---|---|---|
| 6a. | **Electricity, heat, natural gas (details):** | |
| | **Electricity** | $250.00 |
| | **Natural Gas** | $41.00 |
| | Total: | **$291.00** |

| | | |
|---|---|---|
| 6c. | **Telephone, cell phone, Internet, satellite, and cable services (details):** | |
| | **Cell Phone** | $424.83 |
| | **Internet** | $50.00 |
| | **Cable** | $50.00 |
| | Total: | **$524.83** |

| | | |
|---|---|---|
| 11. | **Medical and dental (details):** | |
| | **Medical** | $150.00 |
| | **Dental** | $50.00 |
| | **Prescriptions** | $100.00 |
| | Total: | **$300.00** |

| | | |
|---|---|---|
| 12. | **Transportation (details):** | |
| | **Gasoline** | $200.00 |
| | **Auto Maintenance/Repairs/Tuneups** | $100.00 |
| | Total: | **$300.00** |

| | | |
|---|---|---|
| 21. | **Other.  Specify:** | |
| | **Children's Allowance/Extracurricular Activities** | $775.00 |
| | **Pet Care/Food** | $50.00 |
| | Total: | **$825.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Hicks** | **Gerald** | **Hosemann, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Crystal** | **Cassella** | **Hosemann** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)

  1a.  Copy line 55, Total real estate, from Schedule A/B........................................................   **$434,806.00**

  1b.  Copy line 62, Total personal property, from Schedule A/B..............................................   **$46,374.42**

  1c.  Copy line 63, Total of all property on Schedule A/B.......................................................   **$481,180.42**

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
  2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....   **$420,424.88**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
  3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F....................................   **$27,219.36**

  3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+**  **$246,121.23**

**Your total liabilities**   **$693,765.47**

### Part 3:   Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
  Copy your combined monthly income from line 12 of Schedule I....................................................................   **$7,805.35**

5.  *Schedule J: Your Expenses* (Official Form 106J)
  Copy your monthly expenses from line 22c of Schedule J...........................................................................   **$7,255.90**

| Debtor 1 | **Hicks Gerald Hosemann, Jr** | |
|---|---|---|
| Debtor 2 | **Crystal Cassella Hosemann** | Case number (if known) _____ |

---

## Part 4:   Answer These Questions for Administrative and Statistical Records

**6.   Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7.   What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

$6,440.84

**9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F,* copy the following:** | |
| 9a.   Domestic support obligations. (Copy line 6a.) | $0.00 |
| 9b.   Taxes and certain other debts you owe the government. (Copy line 6b.) | $27,219.36 |
| 9c.   Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d.   Student loans. (Copy line 6f.) | $29,165.00 |
| 9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f.   Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g.   **Total.**   Add lines 9a through 9f. | $56,384.36 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Hicks** | **Gerald** | **Hosemann, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Crystal** | **Cassella** | **Hosemann** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Hicks Gerald Hosemann, Jr**          X **/s/ Crystal Cassella Hosemann**
Hicks Gerald Hosemann, Jr, Debtor 1          Crystal Cassella Hosemann, Debtor 2

Date **03/11/2020**                    Date **03/11/2020**
MM / DD / YYYY                       MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1   **Hicks**          **Gerald**          **Hosemann, Jr**
           First Name         Middle Name         Last Name

Debtor 2   **Crystal**        **Cassella**        **Hosemann**
(Spouse, if filing) First Name  Middle Name        Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)          _____

☐ Check if this is an
  amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write
your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1.  **What is your current marital status?**
    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☑ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,
    Washington, and Wisconsin.)
    ☐ No
    ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
|---|---|

4.  **Do you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$10,000.00 (est.)** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$6,667.00 (est.)** |
| **For the last calendar year:**<br>(January 1 to December 31, __2019__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$60,438.00** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$2,436.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, __2018__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$112,079.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

Debtor 1    **Hicks Gerald Hosemann, Jr**

Debtor 2    **Crystal Cassella Hosemann**                                    Case number (if known) _____

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security;
    unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties;
    and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under
    Debtor 1.

    List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

    ☐ No
    ☒ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | **Unemployment(EST)** | **$3,534.00** | | |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| **For the last calendar year:** (January 1 to December 31, __2019__ ) YYYY | **Unemployment** **Pension/Annuity** | **$6,591.00** **$4,536.00** | _____ _____ | _____ _____ |
| | _____ | _____ | _____ | _____ |
| **For the calendar year before that:** (January 1 to December 31, __2018__ ) YYYY | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**                          Case number (if known) _____

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Bank of America** <br> Creditor's name | | $3,041.00 | $357,627.00 | ☑ Mortgage |
| **Attn: Bankruptcy** <br> Number    Street | Monthly | | | ☐ Car <br> ☐ Credit card |
| **4909 Savarese Circle** | | | | ☐ Loan repayment <br> ☐ Suppliers or vendors |
| **Tampa**    **FL**    **33634** <br> City    State    ZIP Code | | | | ☐ Other _____ |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **AmeriCredit/GM Financial** <br> Creditor's name | | $609.07 | $12,111.00 | ☐ Mortgage |
| **Attn: Bankruptcy** <br> Number    Street | Monthly | | | ☑ Car <br> ☐ Credit card |
| **PO Box 183853** | | | | ☐ Loan repayment <br> ☐ Suppliers or vendors |
| **Arlington**    **TX**    **76096** <br> City    State    ZIP Code | | | | ☐ Other _____ |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Ally Financial** <br> Creditor's name | | $493.02 | $21,309.00 | ☐ Mortgage |
| **Attn: Bankruptcy** <br> Number    Street | Monthly | | | ☑ Car <br> ☐ Credit card |
| **PO Box 380901** | | | | ☐ Loan repayment <br> ☐ Suppliers or vendors |
| **Bloomington**    **MN**    **55438** <br> City    State    ZIP Code | | | | ☐ Other _____ |

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**                                    Case number (if known) _____

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
     *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
     corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
     agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations
     such as child support and alimony.

     ☐ No
     ☒ Yes. List all payments to an insider.

|                               | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|-------------------------------|------------------|-------------------|----------------------|-------------------------|
| **Shannon Hoesmann**          |                  | **$1,000.00**     | **$13,485.79**       | **relative helped debtor pay** |
| Insider's name                |                  |                   |                      | **bills while unemployed** |
| **10818 Camon Mist Dr**       | **3/2/202**      |                   |                      |                         |
| Number     Street             |                  |                   |                      |                         |
|                               |                  |                   |                      |                         |
| **Houston**          **TX**   **77075** |        |                   |                      |                         |
| City                 State    ZIP Code  |        |                   |                      |                         |

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that
     benefited an insider?**
     Include payments on debts guaranteed or cosigned by an insider.

     ☒ No
     ☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---------|---------------------------------------------------------|

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
     List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody
     modifications, and contract disputes.

     ☐ No
     ☒ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|------------|--------------------|-----------------|--------------------|
| **Wells Fargo Bank, NA vs Crystal C Hosemann** | **Breach of Contract** | **Harris County District Court** <br> Court Name <br> **201 Caroline** <br> Number    Street | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| Case number  **201879788** |  | **Houston**    **TX**    **77002** <br> City    State    ZIP Code |  |
| **BP Federal Credit Union vs Hicks Hosemann** | **CONTRACT - CONSUMER/COMMERCIAL/DEBT** | **Harris County Civil Court** <br> Court Name <br> **At Law No. 4** <br> Number    Street <br> **201 Caroline, Ste 540** | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| Case number  **1113578** |  | **Houston**    **TX**    **77002** <br> City    State    ZIP Code |  |

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**                          Case number (if known) _____

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Volkswagen Credit, Inc** | **2019 Audi Q8** | | |
| Creditor's Name | **voluntary surrender(lease)** | **10/2019** | |
| | | | |
| **Attn: Bankruptcy** | | | |
| Number    Street | **Explain what happened** | | |
| | ☑ Property was repossessed. | | |
| **PO Box 3** | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| **Hillboro**      **OR**    **97123** | ☐ Property was attached, seized, or levied. | | |
| City              State   ZIP Code | | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☐ No
☑ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Wells Fargo Bank** | **Checking account** | | |
| Creditor's Name | | | |
| | | **10/2019** | **$2,500.00** |
| **Attn: Bankruptcy Dept** | | | |
| Number    Street | | | |
| | | | |
| **PO Box 6429** | | | |
| | | | |
| **Greenville**    **SC**    **29606** | Last 4 digits of account number: XXXX- **3** **8** **8** **8** | | |
| City              State   ZIP Code | | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                              Case number (if known) _____

**14.  Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes.  Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Various Charities** | clothing, furniture & monetary donations | **2018** | **$5,950.00** |
| Charity's Name | | | |
| | | | |
| Number     Street | | | |
| | | | |
| | | | |
| City          State     ZIP Code | | | |

---

## Part 6:   List Certain Losses

**15.  Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

---

## Part 7:   List Certain Payments or Transfers

**16.  Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **J. Thomas Black, P.C.** | $2500 attorney fee | | |
| Person Who Was Paid | $335 filing fee | | |
| **2600 S. Gessner, Suite 110** | $75 costs | | |
| Number     Street | | **02/03/2020** | **$2,910.00** |
| | | | |
| **Houston**          **TX**     **77063** | | | |
| City          State     ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |
| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| **DECAF** | credit counseling and debtor education course | | |
| Person Who Was Paid | | | |
| **112 Goliad St** | | **02/03/2020** | **$30.00** |
| Number     Street | | | |
| | | | |
| **Fort Worth**          **TX**     **76126** | | | |
| City          State     ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                                    Case number (if known) _____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Credit Infonet** | credit report | | |
| Person Who Was Paid | | | |
| **PO Box 3502** | | **02/03/2020** | **$80.00** |
| Number   Street | | | |
| | | | |
| **Davenport**      **IA**     **52808** | | | |
| City               State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

    Do not include any payment or transfer that you listed on line 16.

    ☑ No
    ☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

    Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **401K** | **Cashed in 401K** | **$8,667 used on living expenses** | **2018** |
| Person Who Received Transfer | | | |
| | | | |
| Number   Street | | | |
| | | | |
| | | | |
| City               State    ZIP Code | | | |
| Person's relationship to you **None** | | | |
| **529** | **Cashed in 529** | **$719.42 To pay for children's school** | **2019** |
| Person Who Received Transfer | | | |
| | | | |
| Number   Street | | | |
| | | | |
| | | | |
| City               State    ZIP Code | | | |
| Person's relationship to you **None** | | | |

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**

Case number (if known) _____

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **529** | **Cashed in 529** | **$1375 To pay for children's school** | **2018** |
| Person Who Received Transfer | | | |

Number   Street

City        State    ZIP Code

Person's relationship to you **None**

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **401K** | **Cashed in 401K** | **$4,536 used funds on living expenses** | **2019** |
| Person Who Received Transfer | | | |

Number   Street

City        State    ZIP Code

Person's relationship to you **None**

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

**Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo Bank**<br>Name of Financial Institution | XXXX- **3  8  8  8** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **12/2019** | **($600.00)** |
| **Overdraft Recovery Payment Pro. Dept**<br>Number   Street | | | | |
| **P.O. Box 63491** | | | | |
| **San Francisco   CA   94163**<br>City        State    ZIP Code | | | | |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo Bank**<br>Name of Financial Institution | XXXX- **3  4  9  1** | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **12/2019** | **($9.00)** |
| **Overdraft Recovery Payment Pro. Dept**<br>Number   Street | | | | |
| **P.O. Box 63491** | | | | |
| **San Francisco   CA   94163**<br>City        State    ZIP Code | | | | |

Debtor 1   **Hicks Gerald Hosemann, Jr**

Debtor 2   **Crystal Cassella Hosemann**                                         Case number (if known) _____

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☒ No
    ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ☒ No
    ☐ Yes. Fill in the details.

## Part 9:   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☒ No
    ☐ Yes. Fill in the details.

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    ☒ No
    ☐ Yes.  Fill in the details.

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                                    Case number (if known) _____

## Part 11:   Give Details About Your Business or Connections to Any Business

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Charismatic Advisory LLC** | Describe the nature of the business<br>**Consultant** | Employer Identification number<br>Do not include Social Security number or ITIN. |
| Business Name | | |
| **14006 Falcon Heights Dr** | **Name of accountant or bookkeeper** | EIN: _5_ _8_ – _7_ _5_ _3_ _6_ _1_ _5_ _3_ |
| Number    Street | | |
| | | Dates business existed |
| _____ | | From _____5/2017_____   To ___12/2019___ |
| **Cypress        TX   77429** | | |
| City              State   ZIP Code | | |

| | | |
|---|---|---|
| **Crystal Cassella Hosemann** | Describe the nature of the business<br>**Real Estate** | Employer Identification number<br>Do not include Social Security number or ITIN. |
| Business Name | | |
| **14006 Falcon Heights Blvd** | **Name of accountant or bookkeeper** | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number    Street | | |
| | | Dates business existed |
| _____ | | From _____2018_____   To ___Current___ |
| **Cypress        TX   77429** | | |
| City              State   ZIP Code | | |

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

Debtor 1    **Hicks Gerald Hosemann, Jr**
Debtor 2    **Crystal Cassella Hosemann**                                    Case number (if known) _____

---

| **Part 12:** | **Sign Below** |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.


**X** **/s/ Hicks Gerald Hosemann, Jr**          **X** **/s/ Crystal Cassella Hosemann**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Hicks Gerald Hosemann, Jr, Debtor 1          Crystal Cassella Hosemann, Debtor 2

Date     **03/11/2020**                            Date     **03/11/2020**
     ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                                 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾


**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes


**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____          Attach the  *Bankruptcy Petition Preparer's Notice,*
                                                        *Declaration, and Signature*  (Official Form 119).

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><u>Hicks</u><br>First Name</td><td><u>Gerald</u><br>Middle Name</td><td><u>Hosemann, Jr</u><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><u>Crystal</u><br>First Name</td><td><u>Cassella</u><br>Middle Name</td><td><u>Hosemann</u><br>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u></td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3">_____</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Hold Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ally Financial**<br><br>Description of property securing debt: **2017 Nissan Titan XD** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **AmeriCredit/GM Financial**<br><br>Description of property securing debt: **2013 Jeep Wrangler Sahara** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **Bank of America**<br><br>Description of property securing debt: **14006 Falcon Heights Blvd, Cypress, TX  77429** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**                                    Case number (if known) _____

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:   **BP Federal Credit Union** | ☐ Surrender the property. | ☐ No |
| | ☐ Retain the property and redeem it. | ☑ Yes |
| Description of property securing debt:   **14006 Falcon Heights Blvd, Cypress, TX 77429** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | ☑ Retain the property and [explain]: **Motion to Avoid Lien to be filed** | |

---

| **Part 2:** | **List Your Unexpired Personal Property Leases** |
|---|---|

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

Describe your unexpired personal property leases                                         Will this lease be assumed?

Lessor's name:   **Volkswagen Credit, Inc**                                             ☑ No
Description of leased   **2019 Audi Q8**                                                 ☐ Yes
property:

Debtor 1   **Hicks Gerald Hosemann, Jr**
Debtor 2   **Crystal Cassella Hosemann**

Case number (if known) _____

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Hicks Gerald Hosemann, Jr**
　Hicks Gerald Hosemann, Jr, Debtor 1

Date  **03/11/2020**
　　　MM / DD / YYYY

X **/s/ Crystal Cassella Hosemann**
　Crystal Cassella Hosemann, Debtor 2

Date  **03/11/2020**
　　　MM / DD / YYYY

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Hicks Gerald Hosemann, Jr**
**Crystal Cassella Hosemann**

Case No. _____

Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.................................................Fixed Fee: | **$3,020.00** |
| Prior to the filing of this statement I have received........................................................ | **$3,020.00** |
| Balance Due................................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor          ☑ Other (specify)
   **relative paid fees**

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **AMOUNT SHOWN INCLUDES $2500 ATTORNEY FEE, PLUS $335 FILING FEE, $75 COSTS, $80 CREDIT REPORT AND $30 CREDITOR BRIEFING AND DEBTOR EDUCATION COURSE.**

   **FEE DOES NOT INCLUDE REPRESENTATION IN ADVERSARY PROCEEDINGS OR CONTESTED MATTERS.**

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td><u>03/11/2020</u><br><i>Date</i></td><td><b>/s/ J. Thomas Black</b><br><i>J. Thomas Black</i>          Bar No.  02373400<br>J. Thomas Black, P.C.<br>2600 S. Gessner, Suite 110<br>Houston, TX 77063<br>Phone: (713) 772-8037 / Fax: (713) 772-5058</td></tr>
</table>

Ally Automotive Financing
PO Box 380901
Bloomington, MN 55438


Ally Financial
Attn: Bankruptcy
PO Box 380901
Bloomington, MN 55438


Americredit Financial Services
PO Box 183583
Arlington, Texas 76096


AmeriCredit/GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096


AmSher Collection Services
4524 Southlake Parkway
Suite 15
Birmingham, AL 35244


ARstrat
PO Box 4332 MS #800
Houston, TX 77210-4332


ARstrat
PO Bo790113
Saint Louis, MO 63179-0113


AT&T
PO Box 537104
Atlanta, GA 30353-7104


Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America Mortgage
475 Crosspoint Parkway
Getzville, NY 14068


Blalack & Williams, P.C.
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244


BP Federal Credit Union
580 Westlake Park Blvd, Ste. 150
Houston, TX 77079


BP Federal Credit Union
PO Box 941749
Houston, TX 77094-8749


Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850


Citibank/Best Buy
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179


Convergent Outsourcing, Inc.
Attn: Bankruptcy
PO Box 9004
Renton, WA 98057


Cornerstone/American Education Services
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105


Credit One Bank
Attn: Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193

```
Dish Network
PO Box 33577
Northglenn, CO 80233


Dish Network
PO Box 7203
Pasadena, CA 91109-7303


Dura Medic
PO Box 677103
Dallas, TX 75267-7102


GM Financial
PO Box 1630
Fort Worth, TX 76101-1630


Harris & Harris LTD.
111 W. Jackson Blvd., Suite 400
Chicago, IL  60604-4135


Harvest Associates I
821 Crossbridge Drive
Spring, TX 77373


Houston Methodist
PO Box 3475
Toledo, OH 43607-0475


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Nationwide Credit, Inc.
P.O. Box 14581
Des Moines, IA 50306-3581
```

Nordstrom FSB
ATTN: Bankruptcy
PO Box 6555
Englewood, CO 80155


RCMH, LLC
PO Box 14099
Belfast, ME 04915


Richie Hankamer
3613 Plum St
Houston, TX 77003


Sears
PO Box 6283
Sioux Falls, SD 57117-6283


Sears/cbna


Shannon Hosemann
10818 Camon Mist Dr
Houston, TX 77075


Specialized Collection Systems, Inc.
P. O. Box 441508
Houston, TX 77244-1508


Synchrony Bank/Gap
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Texas Children's Physician Services Org
PO Box 4984
Houston, TX 77210

Texas Children's Urgent Care
PO Box 847116
Dallas, TX 75284


Transworld Systems, Inc.
500 Virginia Dr, Ste. 514
Fort Washington, PA 19034


Vincent Serafino Geary Waddell Jenevein
1601 Elm St, Ste. 4100
Dallas, TX 75201


Volkswagen Credit, Inc
Attn: Bankruptcy
PO Box 3
Hillboro, OR 97123


Walgreens Healthcare Clinic
16211 Spring Cypress Rd
Cypress, TX 77429


Wells Fargo Bank
Attn: Bankruptcy Dept
PO Box 6429
Greenville, SC 29606


Wells Fargo Bank
MAC F823F-02F
PO Box 10438
Des Moines, IA 50306


Wells Fargo Bank
Overdraft Recovery Payment Pro. Dept
P.O. Box 63491
San Francisco, CA 94163

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Hicks Gerald Hosemann, Jr**
        **Crystal Cassella Hosemann**

CASE NO

CHAPTER     **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real property | $434,806.00 | $357,627.00 | $77,179.00 | $77,179.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $37,353.00 | $33,420.00 | $7,242.00 | $7,242.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $3,730.00 | $0.00 | $3,730.00 | $3,730.00 | $0.00 |
| 7. | Electronics | $770.00 | $0.00 | $770.00 | $770.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $900.00 | $0.00 | $900.00 | $900.00 | $0.00 |
| 10. | Firearms | $175.00 | $0.00 | $175.00 | $175.00 | $0.00 |
| 11. | Clothes | $1,600.00 | $0.00 | $1,600.00 | $1,600.00 | $0.00 |
| 12. | Jewelry | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $20.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 17. | Deposits of money | $882.53 | $0.00 | $882.53 | $0.00 | $882.53 |
| 18. | Bonds, mutual funds or publicly traded stocks | $86.21 | $0.00 | $86.21 | $0.00 | $86.21 |
| 19. | Non-pub. traded stock and int. in businesses | $26.00 | $0.00 | $26.00 | $0.00 | $26.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $431.68 | $0.00 | $431.68 | $431.68 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $400.00 | $0.00 | $400.00 | $400.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Hicks Gerald Hosemann, Jr**
       **Crystal Cassella Hosemann**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$481,180.42** | **$391,047.00** | **$93,442.42** | **$92,427.68** | **$1,014.74** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Hicks Gerald Hosemann, Jr**
      **Crystal Cassella Hosemann**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| Cash on Hand | $20.00 | | $20.00 | $20.00 |
| Wells Fargo | $29.00 | | $29.00 | $29.00 |
| Regions | $853.53 | | $853.53 | $853.53 |
| Fidelity Stock | $86.21 | | $86.21 | $86.21 |
| Charismatic Advisory LLC; expired | $26.00 | | $26.00 | $26.00 |
| **TOTALS:** | $1,014.74 | $0.00 | $1,014.74 | $1,014.74 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Hicks Gerald Hosemann, Jr**
**Crystal Cassella Hosemann**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 3*

| Summary | |
|---|---:|
| A. Gross Property Value (not including surrendered property) | **$481,180.42** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$481,180.42** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$391,047.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$391,047.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$93,442.42** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$93,442.42** |
| J. Total Exemptions Claimed | **$92,427.68** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$1,014.74** |

<table>
<tr><td><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Hicks** | **Gerald** | **Hosemann, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Crystal** | **Cassella** | **Hosemann** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)  _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1
## Chapter 7 Statement of Your Current Monthly Income                    12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

### Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or**<br>**non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $1,517.10 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

Debtor 1 **Hicks Gerald Hosemann, Jr**
Debtor 2 **Crystal Cassella Hosemann**

Case number (if known) _____

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|

**5.** **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $5,000.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $1,763.76 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $3,236.24 | $0.00 | Copy here ➜ | $3,236.24 | $0.00 |

**6.** **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here ➜ | $0.00 | $0.00 |

| | | |
|---|---|---|
| **7.** **Interest, dividends, and royalties** | $0.00 | $0.00 |
| **8.** **Unemployment compensation** | $1,687.50 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

| | |
|---|---|
| For you.............................................................. | $0.00 |
| For your spouse............................................... | $0.00 |

**9.** **Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.  Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services.  If you received any retired pay paid under chapter 61 of title 10, then include that pay only to extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$0.00   $0.00

**10.** **Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services.  If necessary, list other sources on a separate page and put the total below.

| | | |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| Total amounts from separate pages, if any. | + _____ | + _____ |

Debtor 1   **Hicks Gerald Hosemann, Jr**

Debtor 2   **Crystal Cassella Hosemann**

Case number (if known) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
| --- | --- | --- |

**11.** **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$4,923.74   **+**   $1,517.10   **=**   $6,440.84

**Total current monthly income**

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
| --- | --- |

**12.** **Calculate your current monthly income for the year.** Follow these steps:

12a.   Copy your total current monthly income from line 11........................................**Copy line 11 here** ➔ 12a.   $6,440.84

Multiply by 12 (the number of months in a year).   **X   12**

12b.   The result is your annual income for this part of the form.   12b.   $77,290.08

**13.** **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   **Texas**

Fill in the number of people in your household.   **4**

Fill in the median family income for your state and size of household............................................... 13.   $84,724.00

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14.** **How do the lines compare?**

14a. ☑   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

---

| **Part 3:** | **Sign Below** |
| --- | --- |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X /s/ Hicks Gerald Hosemann, Jr**      **X /s/ Crystal Cassella Hosemann**

Hicks Gerald Hosemann, Jr, Debtor 1      Crystal Cassella Hosemann, Debtor 2

Date   **3/11/2020**      Date   **3/11/2020**

   MM / DD / YYYY        MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.